# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 2, 2022

Lyle W. Cayce
Clerk

No. 20-10573

United States of America,

*Plaintiff—Appellee*,

*versus*

Carol Monic Barajas,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:19-CR-367-1

Before Southwick, Oldham, and Wilson, *Circuit Judges*.
Per Curiam:*

Carol Monic Barajas pleaded guilty to a drug crime. She timely filed a
notice of appeal. Her attorney thereafter moved to withdraw under *Anders v.
California*, 386 U.S. 738 (1967). *See also United States v. Flores*, 632 F.3d 229
(5th Cir. 2011). Barajas filed a *pro se* response objecting to her attorney's

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-10573

motion to withdraw. We agree with defense counsel that there is no nonfrivolous basis for the appeal.

We briefly address one question implicated in the briefing: whether the district court erred by failing to orally pronounce supervised-release conditions listed in an order available before sentencing. The answer is no. *See United States v. Martinez*, 15 F.4th 1179, 1180–81 (5th Cir. 2021).

Accordingly, counsel's motion for leave to withdraw is GRANTED, and the appeal is DISMISSED. See 5TH CIR. R. 42.2.